IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Harrod, Yolanda

Printed:  2/19/08

Case Number:  07 B 03569
Judge:  Hollis, Pamela S
Filed:  2/28/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  January 7, 2008
Confirmed:  June 4,  2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 976.02 |  |
| Secured: |  | 272.91 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 650.41 |
| Trustee Fee: |  | 52.70 |
| Other Funds: |  | 0.00 |
| Totals: | 976.02 | 976.02 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,873.00 | 650.41 |
| 2. | Deutsche Bank National Trustee | Secured | 0.00 | 0.00 |
| 3. | Systems & Services Technologies | Secured | 3,000.00 | 131.25 |
| 4. | Cook County Treasurer | Secured | 1,697.77 | 141.66 |
| 5. | Deutsche Bank National Trustee | Secured | 24,539.25 | 0.00 |
| 6. | B-Real LLC | Unsecured | 368.08 | 0.00 |
| 7. | Capital One | Unsecured | 1,250.41 | 0.00 |
| 8. | Capital One | Unsecured | 1,762.06 | 0.00 |
| 9. | RMI/MCSI | Unsecured | 12,106.25 | 0.00 |
| 10. | Midnight Velvet | Unsecured | 378.87 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 332.13 | 0.00 |
| 12. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 13. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 48,307.82 | $ 923.32 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 52.70 |
|  | _____ |
|  | $ 52.70 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Harrod, Yolanda

Printed:  2/19/08

Case Number:  07 B 03569

Judge:  Hollis, Pamela S

Filed:  2/28/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

